# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01169-RWS-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIOSN, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01173-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| WELLMARK, INC d/b/a WELLMARK BLUE CROSS AND BLUE SHIED OF IOWA et al | § § § § | |
| Defendant. | § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross Blue Shield of South Dakota, Blue Cross and Blue Shield of Texas, Inc.  It is therefore ORDERED that all claims by Symbology are hereby DISMISSED WITH PREJUDICE, and all claims by Defendants are hereby DISMISSED AS MOOT, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 8th day of July, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE